SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
CHARLES PARKER (Cal. Bar No. 283078)
Assistant United States Attorney
    300 N. Los Angeles Street
    Federal Building, Suite 7211
    Los Angeles, CA 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    Email: charles.parker@usdoj.gov

Attorneys for Claimant the United States of America

UNITED STATES DISTRICT COURT

JS-6

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re: 13400 DOTY AVENUE #14 HAWTHORNE, CA 90250<br><br>MORTGAGE LENDER SERVICES,<br><br>    Petitioner,<br><br>    v.<br><br>ANIL PRASAD, TRUSTEE OF THE PRASAD FAMILY TRUST DATED APRIL 10, 1990,<br><br>    Respondent. | No. 2:16-cv-09382-ODW (PLAx)<br><br>[~~PROPOSED~~] JUDGMENT TO DISBURSE INTERPLEADED FUNDS |

    Pursuant to the parties' Stipulation to Disburse Interpleaded Funds, all evidence properly on the record, and for good cause,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Los Angeles County Superior Court Clerk distribute the $82,016.65 of interpleaded Surplus Funds from case number YS029210, Department B, as follows:

//

//

1

| Party | Check Payee | Amount | Address |
|---|---|---|---|
| The United States of America | The United States of America | $42,100.83 | AUSA Charles Parker<br>300 N. Los Angeles St.<br>Suite 7211<br>Los Angeles, CA 90012 |
| Hanmi Bank | Hanmi Bank | $19,957.91 | Law Ofcs of James W. Bates<br>2418 Honolulu Ave., Suite J<br>Montrose, CA 91020-1843 |
| Anil Prasad, Trustee of the Prasad Family Irrevocable Trust dated November 13, 2014, EIN 47-6614251 | Anil Prasad, Trustee | $19,957.91 | 3734 S. Canfield Ave #103<br>Los Angeles, CA 90034 |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any interest that may accumulate on the Surplus Funds while in possession of the Los Angeles County Superior Court Clerk shall be distributed to the parties in the following percentages:

    The United States of America    50%

    Hanmi Bank    25%

    The Prasad Trust    25%

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that petitioner Mortgage Lender Services, Inc., pursuant to California Civil Code section 2924k(a)(1), is entitled to $1,750 trustee's fees and the $435.00 filing fee, which Mortgage Lender Services, Inc. retained prior to depositing the Surplus Funds with the Superior Court. Fees paid to Mortgage Lender Services, Inc. pursuant to Section 2924k(a)(1) shall not decrease the amount of Surplus Funds paid to the United States. No further sums shall be paid to Mortgage Lender Services, Inc.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, except for the payments to Mortgage Lender Services, Inc. described above, the parties will each bear

their own costs and attorney's fees.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that nothing in this order waives or limits the IRS's right to collect any tax liabilities that were not satisfied through payment of the Surplus Funds, including assessments listed in the Stipulation, and any other assessments not discussed in the Stipulation.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court will retain jurisdiction to ensure the Surplus Funds are properly distributed by the Clerk of the California Superior Court, County of Los Angeles.

Dated: May 26, 2017

_____
OTIS D. WRIGHT II
United States District Judge

Respectfully presented,

_____/s/_____
CHARLES PARKER
Assistant United States Attorney
Attorneys for the United States of America